## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

MARION A. DUERKSON

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj74/MD

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34(2) | Driving With Suspended License With Knowledge | 1/16/08 | One |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than April 16, 2008.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 350.00 | $ 0.00 |

Date of Imposition of Sentence - 3/19/08

*/s/ Miles Davis*

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 3-20-2008